UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Wilbert Barrow  
    Laurie M Barrow  
        Debtor(s)

Case No. 14 B 21251

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2014.

2) The plan was confirmed on 10/30/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/20/2016.

5) The case was Dismissed on 02/29/2016.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,920.12 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$9,920.12**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,059.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $370.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,429.78**

Attorney fees paid and disclosed by debtor:   $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st loans | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 694.00 | 681.72 | 681.72 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 440.71 | 440.71 | 0.00 | 0.00 |
| AT&T | Unsecured | 117.00 | 31.95 | 31.95 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,001.00 | 1,001.34 | 1,001.34 | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 0.00 | 292.97 | 292.97 | 0.00 | 0.00 |
| Bureau Of Collection R (Original Credito | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| C.B.U.S.A, Inc (Original Creditor:Katz A | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner (Original Creditor:Ice Mc | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Charter One | Unsecured | 411.01 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 409.95 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 0.00 | 6,359.64 | 6,359.64 | 0.00 | 0.00 |
| Credit Management (Original Creditor:Co | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 3,103.00 | 3,184.46 | 3,184.46 | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 2,899.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 1,241.00 | NA | NA | 0.00 | 0.00 |
| Frontier Financial Group | Unsecured | 1,756.65 | NA | NA | 0.00 | 0.00 |
| Glen Arbor In Park Forest Condominium | Secured | 1,932.00 | 2,564.90 | 1,932.00 | 354.95 | 0.00 |
| Glen Arbor In Park Forest Condominium | Unsecured | NA | 632.90 | 632.90 | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 446.88 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 300.00 | 281.75 | 281.75 | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 1.00 | 3,688.50 | 3,688.50 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 2,100.00 | 414.68 | 414.68 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 0.00 | 493.89 | 493.89 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 13,000.00 | 20,795.05 | 20,795.05 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,019.00 | 487.00 | 487.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 305.00 | 355.07 | 355.07 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Mgmt In | Unsecured | 1,496.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 2,750.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,526.86 | 2,747.04 | 2,747.04 | 0.00 | 0.00 |
| Ntl Acct Srv | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| Plainscomm | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 397.00 | 442.15 | 442.15 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 462.00 | 462.06 | 462.06 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 1,074.00 | 208.28 | 208.28 | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 542.00 | 542.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 1,756.65 | 1,756.65 | 0.00 | 0.00 |
| Regional Acceptance Corp | Secured | 13,471.00 | 14,952.03 | 13,471.00 | 1,622.08 | 450.02 |
| Regional Acceptance Corp | Unsecured | NA | 1,481.03 | 1,481.03 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,176.00 | 215.45 | 215.45 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 40.00 | 22.70 | 22.70 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme (Original Credit | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collections | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 234.66 | 234.66 | 0.00 | 0.00 |
| US Bank Home Mortgage | Secured | 36,603.85 | 28,405.78 | 28,405.78 | 0.00 | 0.00 |
| US Bank Home Mortgage | Secured | 7,000.00 | 5,210.24 | 5,210.24 | 2,860.32 | 0.00 |
| Verizon Wireless | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest Water dept | Secured | 586.00 | 0.00 | 586.00 | 202.97 | 0.00 |
| World Credit Recovery LLC | Unsecured | 2,987.00 | 4,990.56 | 4,990.56 | 0.00 | 0.00 |
| YCCS | Unsecured | 230.00 | 270.15 | 270.15 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $28,405.78 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,210.24 | $2,860.32 | $0.00 |
| Debt Secured by Vehicle | $13,471.00 | $1,622.08 | $450.02 |
| All Other Secured | $2,518.00 | $557.92 | $0.00 |
| **TOTAL SECURED:** | **$49,605.02** | **$5,040.32** | **$450.02** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,374.36** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,429.78 |
| Disbursements to Creditors | $5,490.34 |
| **TOTAL DISBURSEMENTS:** | **$9,920.12** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2016                           By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**